UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIMBERLY POCHAY,                  )
          Plaintiff,              )
                                  )          CIVIL ACTION
v.                                )          15-10215-DPW
                                  )
MIDLAND FUNDING, LLC, et al.,     )
          Defendants.             )

**<u>SETTLEMENT ORDER OF DISMISSAL</u>**

WOODLOCK, District Judge

The Court having been advised that the above-entitled action has been settled on **4/10/15** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **60 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **6/12/15**.

BY THE COURT,

/s/ Jarrett Lovett
Courtroom Deputy Clerk

DATE: 4/13/15